UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| FAGMAN, ALAN I ) | Case No. 05-10661-ERW | |
| ) | | |
| Debtor(s). ) | Hon. Eugene R. Wedoff | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **October 3, 2007**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $75,075.91 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $75,075.91 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Frances Gecker<br>*Trustee Compensation* | $0.00 | $6,699.71 | $0.00 |
    | FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $9,557.00 | $3.20 |

{ FAGMAN / 001 / 00011082.DOC /}

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

7. Claims of general unsecured creditors totaling $48,787.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 108.0900% at the T-Bill rate of 3.3100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Se | $1,780.28 | $1,924.29 |
| 000002 | Citibank (South Dakota). N.A. | $238.70 | $258.01 |
| 000003 | Citibank (South Dakota). N.A. | $2,215.94 | $2,395.19 |
| 000004 | Fifth Third Bank | $6,280.46 | $6,788.49 |
| 000005 | American Express Travel Related Ser | $376.63 | $407.10 |
| 000006 | American Express Bank, FSB | $778.09 | $841.03 |
| 000007 | Ecast Settlement Corporation Assign | $6,319.24 | $6,830.41 |
| 000008 | American Express Centurion Bank | $4,793.43 | $5,181.18 |
| 000010 | LVNV Funding LLC | $7,830.91 | $8,464.36 |
| 000011 | Sherman Acquisition LP Its Successor | $11,352.72 | $12,271.05 |
| 000012 | Roundup Funding, LLC | $6,821.42 | $7,373.21 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

{ FAGMAN / 001 / 00011082.DOC /}

9.    Back to Debtor claims totaling $6,081.68 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Fagman, Alan I | $6,081.68 | $6,081.68 |

10.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12.    Debtor has revoked and voluntarily waived his discharge.

13.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate | $255,000.00 |
| HOUSEHOLD GOODS | $500.00 |
| WEARING APPAREL | $500.00 |
| AUTOMOBILES, TRUCKS, TRAILERS | $0.00 |

Dated: **September 6, 2007**        For the Court,

By:   **KENNETH S GARDNER**
      Kenneth S. Gardner
      219 S. Dearborn Street
      7th Floor
      Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL 60610
(312) 276-1401

{ FAGMAN / 001 / 00011082.DOC /}

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2         Date Rcvd: Sep 06, 2007
Case: 05-10661                 Form ID: pdf002              Total Served: 34


The following entities were served by first class mail on Sep 08, 2007.
db          +Alan I Fagman,   1744 North Larrabee,   Chicago, IL 60614-5634
aty         +Arnold D Goldstein,   Goldstein, Centracchio & Zac, P C,   162 West Hubbard,
              Chicago, IL 60610-4524
aty         +Chester H. Foster, Jr.,   Foster, Kallen & Smith,   3825 W 192nd St,   Homewood, IL 60430-4314
aty         +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60610-6465
tr          +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60610-6465
9081555     +ALAN I. FAGMAN,   1744 N. LARRABEE,   CHICAGO, IL 60614-5634
9081544     +ARNOLD D. GOLDSTEIN,   162 W. HUBBARD 4TH FL,   CHICAGO, IL 60610-4524
9081547      American Express Bank, FSB,   c/o Becket and Lee, LLP,   PO Box 3001,   Malvern, PA 19355-0701
9081543      American Express Centurion Bank,   C/O BECKETT AND LEE, LLP,   P.O. 3001,
              MALVERN, PA 19355-0701
9280788      American Express Travel Related Services Co, Inc,   c/o Becket and Lee, LLP,   PO Box 3001,
              Malvern, PA 19355-0701
9081545     +BANK OF AMERICA,   P.O. 2493,   NORFOLK, VA 23501-2493
9081546      BANK ONE,   P.O.BOX 15298,   WILMINGTON, DELAWARE 19850-5298
9081548      BP-AMOCO,   THE CREDIT CARD CENTER,   P.O. 9014,   DES MOINES, IOWA 50368-9014
9081549      CAPITAL ONE,   P.O. 85167,   RICHMOND, VA 23285-5167
9081550      CAPITAL ONE,   P.O. 85547,   RICHMOND, VA 23285-5547
9081551      CHASE MANHATTAN BANK,   P.O. BOX 52195,   PHOENIX, ARIZONA 85072-2195
9081553      CITICARDS (1),   P.O. 142319,   IRVING, TEXAS 75014-2319
9081552      CITICARDS (2),   P.O. 142319,   IRVING, TEXAS 75014-2319
11188888    +Citibank (South Dakota). N.A.,   DBA: BPET,   4740 121st ST,   Urbandale, Ia 50323-2402
11186518    +Citibank (South Dakota). N.A.,   DBA: Shell,   4740 121st ST,   Urbandale, Ia 50323-2402
11368075    +Empire Home Services, LLC,   7045 N Ridgeway Ave,   Lincolnwood, IL 60712-2619
9081556    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: FIFTH THIRD BANK,   MADISONVILLE OPERATIONS CENTER,   MD1MOC2G,
              CINCINNATTI, OHIO 45263)
9081557     +FLEET CREDIT SERVICES,   2970 TRANSIT RD.,   WEST SENECA, NEW YORK 14224-2524
11189137     Fifth Third Bank,   1850 E Paris SE - Bankruptcy Department,   Grand Rapids MI 49546,
              MD# ROPS05
9081558      HOUSEHOLD BANK,   P.O. 81622,   SALINAS, CALIFORNIA 93912-1622
9081559      MBNA AMERICA #2,   P.O.BOX 15027,   WILMINGTON, DELAWARE 19886-5027
9081560      PROVIDIAN NATIONAL BANK,   P.O. 99604,   ARLINGTON HEIGHT, TEXAS 76096-9604
11371316    +Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111
9081561     +VENTUS,   700 EXECUTIVE CENTER,   GREENVILLE, SC 29615-4521
11263146     eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission on Sep 07, 2007.
9081554      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     DISCOVER BANK,   P.O. 15251,
              WILMINGTON, DELAWARE 19886-5251
11184500    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11357852     E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11357853     E-mail/Text: resurgentbknotifications@resurgent.com
              Sherman Acquisition LP its successors and assigns,   as assignee of Providian Financial,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Frank/Gecker LLP
                                                                                            TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 06, 2007
Case: 05-10661                Form ID: pdf002          Total Served: 34

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2007**                    **Signature:**        _Joseph Speetjens_